**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:
JUDD L BRAZER                                      Case No. 19-10561-PGH
                                                   Chapter 7

       Debtor(s)
_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

    The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on 5/28/2020. If checks are not cashed within 90 days by the creditors, all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

                                      /s/ Leslie S. Osborne
                                      Leslie S. Osborne, Chapter 7 Trustee
                                      1300 N. Federal Hwy #203
                                      Boca Raton, FL 33432
                                      Telephone: (561) 368-2200

## CLAIMS DISTRIBUTION REGISTER

CASE: 19-10561-PGH    BRAZER, JUDD L

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| | 03/12/2020 | Leslie S. Osborne<br>1300 N. Federal Hwy #203<br>Boca Raton , FL 33432<br>**NOTES:** | 2100-000 | $5,750.00 | $5,750.00 | $5,750.00 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | **$5,750.00** | **$5,750.00** | **$5,750.00** | **$0.00** | **$0.00** |
| **Trustee Expenses** | | | | | | | | |
| | 03/12/2020 | Leslie S. Osborne<br>1300 N. Federal Hwy #203<br>Boca Raton , FL 33432 | 2200-000 | $123.30 | $123.30 | $123.30 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Expenses** | | | | **$123.30** | **$123.30** | **$123.30** | **$0.00** | **$0.00** |
| **Attorney for Trustee Fees (Trustee Firm)** | | | | | | | | |
| | 03/12/2020 | RAPPAPORT OSBORNE RAPPAPORT, P.L.<br>1300 N. FEDERAL HWY #203<br>BOCA RATON , FL 33432 | 3110-000 | $13,605.00 | $13,605.00 | $13,605.00 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Trustee Firm)** | | | | **$13,605.00** | **$13,605.00** | **$13,605.00** | **$0.00** | **$0.00** |
| **Attorney for Trustee Expenses (Trustee Firm)** | | | | | | | | |
| | 03/12/2020 | RAPPAPORT OSBORNE RAPPAPORT, P.L.<br>1300 N. FEDERAL HWY #203<br>BOCA RATON , FL 33432 | 3120-000 | $121.50 | $121.50 | $121.50 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Expenses (Trustee Firm)** | | | | **$121.50** | **$121.50** | **$121.50** | **$0.00** | **$0.00** |
| **Accountant for Trustee Fees (Other Firm)** | | | | | | | | |
| | 03/12/2020 | HYLTON WYNICK<br>197 S. Federal Hwy #200<br>BOCA RATON , FL 33432 | 3410-000 | $1,980.00 | $1,980.00 | $1,980.00 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Accountant for Trustee Fees (Other Firm)** | | | | **$1,980.00** | **$1,980.00** | **$1,980.00** | **$0.00** | **$0.00** |
| **Accountant for Trustee Expenses (Other Firm)** | | | | | | | | |
| | 03/12/2020 | HYLTON WYNICK<br>197 S. Federal Hwy #200<br>BOCA RATON , FL 33432 | 3420-000 | $91.00 | $91.00 | $91.00 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Accountant for Trustee Expenses (Other Firm)** | | | | **$91.00** | **$91.00** | **$91.00** | **$0.00** | **$0.00** |
| **Claims of Governmental Units** | | | | | | | | |
| 4 | 05/10/2019 | Internal Revenue Service | 5800-000 | $.00 | $.00 | $.00 | $.00 | $.00 |

Department of the Treasury
Internal Revenue Service
Ogden , UT 84201-0039

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| 11 | 08/01/2019 | | 5800-000 | $380,000.00 | $.00 | $.00 | $.00 | $.00 |
| | | Ayda B. Brazer
14900 SW 33rd Street
Davie , FL 33331 | | | | | | |

**Percent Paid:** 0.00%

**Total for Claims of Governmental Units**     $380,000.00    $0.00    $0.00    $0.00    $0.00

**General Unsecured Â§ 726(a)(2)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 01/24/2019 | | 7100-000 | $95,376.19 | $95,376.19 | $6,530.28 | $88,845.91 | $.00 |
| | | Bryn Mawr Equipment Finance, Inc.
PO Box 692
Bryn Mawr , PA 19010 | | | | | | |

**Percent Paid:** 6.85%

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | 04/18/2019 | | 7100-000 | $85,349.45 | $85,349.45 | $5,843.76 | $79,505.69 | $.00 |
| | | Heritage Bank
c/o Richard B. Storfer, Esq.
Rice Pugatch Robinson Storfer & Cohen, P
101 NE Third Avenue, Suite 1800
Fort Lauderdale , FL 33301 | | | | | | |
| | | **NOTES:** (2-1) Unconditional Guaranty of Equipment Finance Agreement | | | | | | |

**Percent Paid:** 6.85%

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 05/08/2019 | | 7100-000 | $101,462.01 | $101,462.01 | $6,946.97 | $94,515.04 | $.00 |
| | | BB&#038;T Commercial Equipment Capital Corp.
13 Wilkins Avenue
Haddonfield , NJ 08033 | | | | | | |

**Percent Paid:** 6.85%

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | 05/29/2019 | | 7100-000 | $21,051.38 | $21,051.38 | $1,441.36 | $19,610.02 | $.00 |
| | | Eastern Funding LLC
213 W. 35th Street
10th Floor
New York , NY 10001 | | | | | | |

**Percent Paid:** 6.85%

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 06/11/2019 | | 7100-000 | $896.71 | $896.71 | $61.40 | $835.31 | $.00 |
| | | BMW Financial Services NA, LLC
P.O. Box 3608
Dublin , OH 43016 | | | | | | |

**Percent Paid:** 6.85%

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | 06/11/2019 | | 7100-000 | $8,111.54 | $8,111.54 | $555.39 | $7,556.15 | $.00 |
| | | BMW Financial Services NA, LLC
P.O. Box 3608
Dublin , OH 43016 | | | | | | |

**Percent Paid:** 6.85%

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | 06/11/2019 | | 7100-000 | $13,062.91 | $13,062.91 | $894.40 | $12,168.51 | $.00 |
| | | BMW Financial Services NA, LLC
P.O. Box 3608
Dublin , OH 43016 | | | | | | |

**Percent Paid:** 6.85%

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | 06/26/2019 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern , PA 19355-0701 | 7100-000 | $1,854.60 | $1,854.60 | $126.98 | $1,727.62 | $.00 |
| **Percent Paid:** | | | **6.85%** | | | | | |
| 10 | 08/01/2019 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne , PA 19087 | 7100-000 | $86,589.41 | $86,589.41 | $5,928.66 | $80,660.75 | $.00 |
| **Percent Paid:** | | | **6.85%** | | | | | |
| **Total for General Unsecured §726(a)(2)** | | | | $413,754.20 | $413,754.20 | $28,329.20 | $385,425.00 | $0.00 |
| **Case Totals** | | | | $815,425.00 | $435,425.00 | $50,000.00 | $385,425.00 | $.00 |