**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on May 10, 2021**



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19−10561−PDR**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Judd L Brazer
aka Judd Lane Brazer
15972 SW 15th Street
Pembroke Pines, FL 33027

SSN: xxx−xx−6736

## FINAL DECREE

The trustee, Leslie S Osborne, having filed a final report that the estate has been fully administered, is discharged and the case is closed.